IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 4:06CR25WHBJCS-002

EDGAR BETANCOURT

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against EDGAR BETANCOURT without prejudice.

DUNN LAMPTON
United States Attorney

By:  s/Sandra G. Moses

SANDRA G. MOSES
Assistant U.S. Attorney
MS Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 21st day of February, 2007.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE